IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
FEB 0 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rockway Studebaker, et al.

    Plaintiff(s)

vs

ACC Capital Holdings Corp

    Defendant(s)

Case No. 3:07-cv-421

08CV743

---

### NOTICE OF TRANSMITTAL

---

Pursuant to an order of this Court, dated January 28, 2008, and signed by the **Honorable Judge Aspen**, United States Judge, the above entitled action is transferred to the Northern District of Illinois.

The papers enclosed herewith constitute the entire file in this case. Certified copies of the order of transfer and of the docket sheet are included.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the filed papers.

JAMES BONINI, CLERK

By:__*P. Butler*_____
    Deputy Clerk

Receipt is acknowledged of the documents described herein.

Assigned case number:_____
Date:_____
Clerk, U.S. District Court

_____

By:_____
    Deputy Clerk

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
200 W. SECOND STREET
DAYTON, OHIO 45402
(937) 512-1400

U.S. District Court District
Northern District of Illinois
Michael W. Dobbins, Clerk
219 South Dearborn St
Chicago, Illinois 60604

re: MDL No. 1715 Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

*Instructions for retrieving electronic case filings:*

08C743

Our Transferring Case Number: **3:07-cv-421**

Case Caption: **Rockway Studebaker, et al., v. ACC Capital Holdings Corp., et al**

    **CLICK ON:**
        **-J-NET**
        **-External Court Sites**
        **-Ohio Southern District**
        **-Electronic Case Filing**
        **-(IN RED) BEGIN: Electronic Case Filing**
        **-Electronic Case Filing Log-In**
**The Next Screen shows** - Welcome to the District CM/ECF LIVE Area
        - Click on the District Version 1 Live System hyperlink

At login type: *Your Court's Pacer Login*
   Password: *Your Court's Pacer password*
Skip "Client Code", and click on the NEXT button

Once you are into CM/ECF at the top Click on REPORTS to print the docket sheet:

    **-Reports**
    **-Docket Sheet**
    **-Type in (our) Case Number**
    **-Run Report**

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE:** Once you have retrieved our case information for the transfer case, please e-mail our court at www.ohsd_dayinfo@ohsd.usdcourts.gov with your court's case number.

CLOSED, JURY, LC2, STAY

**U.S. District Court**
**Southern District of Ohio (Dayton)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00421-TMR**
**Internal Use Only**

Studebaker et al v. ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company et al
Assigned to: Thomas M Rose
Cause: 15:1640 Truth in Lending

Date Filed: 11/05/2007
Date Terminated: 01/30/2008
Jury Demand: Defendant
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

Rockway Studebaker     represented by     **Charles J Roedersheimer**
Thompson & DeVany LLP
1340 Woodman Drive
Dayton, OH 45432
937-252-2030
Fax: 937-252-9425
Email: charles@thompsonanddeveny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lester Ray Thompson, II**
Thompson & Deveny Co - 3
1340 Woodman Drive
Dayton, OH 45432
937-252-2030
Email: lthompson@thompsonanddeveny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jalia Studebaker     represented by     **Charles J Roedersheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lester Ray Thompson, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher Mullins     represented by     **Charles J Roedersheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lester Ray Thompson, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Lisa Mullins     represented by     **Charles J Roedersheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lester Ray Thompson, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company**　　　　　represented by　**Jeffrey M Hendricks**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Graydon Head & Ritchey LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1900 Fifth Third Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　511 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　513-621-6464
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jhendricks@graydon.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Nathan Hugh Blaske**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Graydon Head & Ritchey LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1900 Fifth Third Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　511 Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　513-629-2777
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 513-651-3836
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: nblaske@graydon.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilshire Credit Corporation**
*TERMINATED: 01/28/2008*

**Defendant**

**Bank of New York Trust Co**
*TERMINATED: 01/28/2008*

**Defendant**

**Citi Residential Lending Inc**

**Defendant**

**Ferdie Murphy, Jr**　　　　　　　　　　　　　　　　　represented by　**Jeffery Scott Maynard**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mazanec Raskin Ryder & Keller Co LPA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　250 Civic Center Drive
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　614-228-5931 ext. 270
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 614-228-5934
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jmaynard@mrrklaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Thomas S Mazanec**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　100 Franklin's Row
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　34305 Solon Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44139
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　440-248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 440-248-8861
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: tmazanec@mrrlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Castlebrook Realty Inc**　　　　　　　　　　　　　　　represented by　**Thomas S Mazanec**
*also known as*　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

| | |
|---|---|
| Castlebrook Appraisals | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| | Jeffery Scott Maynard<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | COMPLAINT against ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company, Wilshire Credit Corporation, Bank of New York Trust Co, Citi Residential Lending Inc, Ferdie Murphy, Jr, Castlebrook Realty Inc, filed by Rockway Studebaker, Jalia Studebaker, Christopher Mullins, Lisa Mullins. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18) (bev1, ) Modified on 11/6/2007 to correct date filed.(bev1, ). (Entered: 11/06/2007) |
| 11/05/2007 | 2 | Filing fee: $ 350, receipt number 70 (bev1, ) Additional attachment(s) added on 11/6/2007 (bev1, ). (Entered: 11/06/2007) |
| 11/05/2007 |   | NOTICE: If case is referred, it will be to Magistrate Judge Sharon L. Ovington. (bev1, ) (Entered: 11/06/2007) |
| 12/31/2007 | 3 | ANSWER to Complaint with Jury Demand by Defendant Castlebrook Realty Inc. (Maynard, Jeffery) (Entered: 12/31/2007) |
| 01/02/2008 |   | (Court only) ***Attorney Thomas S Mazanec for Ferdie Murphy, Jr and Castlebrook Realty Inc added. (kopf1, ) (Entered: 01/02/2008) |
| 01/02/2008 |   | (Court only) ***Attorney Jeffery Scott Maynard for Ferdie Murphy, Jr added. (kopf1, ) (Entered: 01/02/2008) |
| 01/03/2008 | 4 | NOTICE of Appearance by Nathan Hugh Blaske Defendant ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company (Blaske, Nathan) (Entered: 01/03/2008) |
| 01/03/2008 | 5 | Corporate Disclosure Statement by ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company. (Blaske, Nathan) (Entered: 01/03/2008) |
| 01/03/2008 | 6 | STIPULATION re 1 Complaint,, *for Extension of Time* by Defendant ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company. (Blaske, Nathan) (Entered: 01/03/2008) |
| 01/03/2008 | 7 | Corporate Disclosure Statement by Castlebrook Realty Inc. (Maynard, Jeffery) (Entered: 01/03/2008) |
| 01/07/2008 | 8 | STIPULATION *for Extension of Time to Move or Otherwise Plead* by Defendants Wilshire Credit Corporation, Bank of New York Trust Co. (Purtell, William) (Entered: 01/07/2008) |
| 01/15/2008 | 9 | Joint MOTION to Stay *Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Defendant ACC Capital Holdings Corporation And Affiliate Ameriquest Mortgage Company. (Attachments: # 1 Order) (Blaske, Nathan) (Entered: 01/15/2008) |
| 01/16/2008 |   | NOTATION ORDER granting 9 Motion to Stay. Case is stayed pending decision of Multidistrict Litigation Panel. Signed by Judge Thomas M Rose on 1-16-2008. (de, ) (Entered: 01/16/2008) |
| 01/22/2008 | 10 | [**STRICKEN - pursuant to Notation Order of 1/24/2008] NOTICE by Plaintiffs Rockway Studebaker, Jalia Studebaker, Christopher Mullins, Lisa Mullins *of Dismissal as to Wilshire Credit Corporation and Bank of New York Trust Company* (Roedersheimer, Charles) Modified on 1/24/2008 (de, ). (Entered: 01/22/2008) |
| 01/24/2008 |   | NOTATION ORDER striking re 10 Notice (Other) filed by Rockway Studebaker, Lisa Mullins, Jalia Studebaker, Christopher Mullins -Rule 41(a) may not be utilized to dismiss fewer than all claims without consent of all parties. Hart v. Paint Valley Local School Dist., 2002 WL 31951264 n. 11 (S.D. Ohio 2002). Signed by Judge Thomas M Rose on 1-24-2008. (de, ) (Entered: 01/24/2008) |

| 01/28/2008 | ⬤ 11 | AGREED ORDER OF DISMISSAL OF WILSHIRE CREDIT CORPORATION AND BANK OF NEW YORK TRUST COMPANY. Signed by Thomas M. Rose on 1/28/08. (bev1, ) (Entered: 01/28/2008) |
|---|---|---|
| 01/30/2008 | ⬤ 12 | CONDITIONAL TRANSFER ORDER (CTO-36) By MDL Panel to the Northern District of Illinois and assigned to Judge Aspen. (phil1, ) (Entered: 01/30/2008) |
| 01/30/2008 | ⬤ 13 | Notice of Transmittal to the Northern District of Illinois, Case Transferred to the Northern District of Illinois (phil1, ) (Additional attachment(s) added on 1/30/2008: # 1 Retrieval Letter) (phil1, ). (Entered: 01/30/2008) |
| 01/30/2008 | ⬤ | (Court only) ***Civil Case Terminated. (phil1, ) (Entered: 01/30/2008) |