**EXHIBIT 3**

HUD-1A OMB NO. 2502-0491

**A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**
## SETTLEMENT STATEMENT
*Optional Form for Transactions without Sellers*

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| ROCKWAY STUDEBAKER<br>244 LEWISBURG WESTERN RD<br>LEWISBURG, OHIO 45338 | Ameriquest Mortgage Company<br>7887 Washington Village Dr., Suite 145<br>Dayton, OH 45459 |

| PROPERTY LOCATION: | SETTLEMENT AGENT: MORTGAGE INFORMATION SERVICES, INC. |
|---|---|
| 244 LEWISBURG WESTERN RD<br>LEWISBURG, OH 45338<br>PREBLE County, Ohio | PLACE OF SETTLEMENT: 244 LEWISBURG WESTERN ROAD<br>LEWISBURG, OHIO 45338 |
| | SETTLEMENT DATE: October 16, 2004    Disburse:10/23/04 |
| | LOAN NUMBER: |

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | 1501. PAYOFF 1ST MORTGAGE to<br>UNITED MIDWEST SVI | 109,909.99 |
| 801. Loan Origination Fee    % to | | 1502. PAYOFF    to | |
| 802. Loan Discount    2.8950 % to Ameriquest Mortgage Company | 3,980.63 | MBGA / JC PENNEY | 1,537.00 |
| 803. Appraisal Fee    to Ameriquest Mortgage Company | 400.00 | 1503. PAYOFF    to | |
| 804. Credit Report    to | | CBUSA / SEARS | 647.00 |
| 805. Lender's Inspection Fee    to | | 1504. PAYOFF    to | |
| 806. Mortgage Ins. App. Fee    to | | BANK OF AMERICA | 3,800.00 |
| 807. Mortgage Broker Fee    to | | 1505. PAYOFF    to | |
| 808. | | SAMS CLUB / MBGA | 809.00 |
| 809. | | 1506. PAYOFF    to | |
| 810. Tax Related Service Fee    to Ameriquest Mortgage Company | 70.00 | LOWES / MBGA | 2,478.00 |
| 811. Flood Search Fee    to Ameriquest Mortgage Company | 16.00 | 1507. PAYOFF    to | |
| 812. Lenders Processing Fee    to Ameriquest Mortgage Company | 626.00 | FASHION BUG / SOAN | 920.00 |
| 813. Warehouse Fee    to Ameriquest Mortgage Company | 239.00 | 1508. | |
| 814. | | | |
| 815. | | | |
| 816. | | 1509. | |
| 817. Application Fee    to Ameriquest Mortgage Company | 360.00 | | |
| 818. | | 1510. | |
| 819. | | | |
| 820. | | 1511. | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest 10/23/04 to 11/01/04 @ $ 21.850000/day | 196.65 | 1512. | |
| 902. Mortgage Insurance Prem for    months to | | | |
| 903. Hazard Insurance Prem for    1.0 yr to | | 1513. | |
| 904. | | | |
| 905. | | 1514. | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance    8.000 months @ $    48.50 per month | 388.00 | 1520. TOTAL DISBURSED<br>(enter on line 1603) | 120,100.99 |
| 1002. Mortgage Insurance    months @ $    per month | | | |
| 1003. City/Town Taxes    months @ $    per month | | | |
| 1004. County Taxes    5.000 months @ $    92.76 per month | 463.80 | | |
| 1005. Assessments    months @ $    per month | | | |
| 1006.    months @ $    per month | | | |
| 1007.    months @ $    per month | | | |
| 1008.    months @ $    per month | 0.00 | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement Fee    to MORTGAGE INFORMATION SERV | 325.00 | | |
| 1102. Title Search    to MORTGAGE INFORMATION SERV | 225.00 | | |
| 1103. Title Examination    to | | | |
| 1104. Title Ins. Binder    to MORTGAGE INFORMATION SERV | 50.00 | | |
| 1105. Document Prep.    to | | | |
| 1106. Notary Fees    to AMANDA MILLER | 250.00 | | |
| 1107. Attorney's Fees    to<br>(includes above item numbers: | | | |
| 1108. Title Insurance    to MORTGAGE INFORMATION SERV<br>(includes above item numbers: | 552.00 | | |
| 1109. Lender's Coverage    $    138,000.00 | | | |
| 1110. Owner's Coverage    $ | | | |
| 1111. Courier Fee    to MORTGAGE INFORMATION SERV | 50.00 | | |
| 1112. Escrow Fee | | **N.    NET SETTLEMENT** | |
| 1113. Quick Title Clearing Fee | | | |
| 1114. EPA COMP & ARM ENDRSM to MORTGAGE INFORMATION SERV | 300.00 | 1600. Loan Amount | $ 137,500.00 |
| 1115. | | | |
| 1116. | | | |
| 1117. | | 1601. Plus Cash/Check from<br>Borrower | $ 0.00 |
| 1118. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Mortgage $ 180.00 ; Releases $ | 180.00 | 1602. Minus Total Settlement<br>Charges (line 1400) | $ 8,682.08 |
| 1202. City/County Tax/Stamps:    Mortgage $ | | | |
| 1203. State Tax/Stamps:    Mortgage $ | | | |
| 1204. | | 1603. Minus Total Disbursements<br>to Others (line 1520) | $ 120,100.99 |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | 1604. Equals Disbursements to<br>Borrower (after expiration<br>of any applicable rescission<br>period required by law) | |
| 1302. Pest Inspection | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | $ 8,716.93 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on line 1602) | 8,682.08 | | |

The undersigned hereby acknowledges receipt of a completed copy of this statement & any attachments referred to herein.

Borrower _____    _____
ROCKWAY STUDEBAKER    MORTGAGE INFORMATION SERVICES, INC.
Certified to be a true copy!    Settlement Agent

Form HUD-1A (2/94) ref. RESPA