EXHIBIT 5

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided ( and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [X] the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  [X] Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number 0094608569 |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate  ☐ Other (explain): ☐ GPM  [X] ARM (type): |
|---|---|---|---|---|
| $137,500.00 | 5.800 % | 360 | | |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 244 Lewisburg-Western Road, Lewisburg, OH 45338  
No. of Units: 1  
Legal Description of Subject Property (attach description if necessary)  
Year Built: 1950

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): [X] Refinance  ☐ Construction-Permanent | Property will be: [X] Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made  ☐ to be made |
|---|---|---|---|---|
| 2000 | $ 93,000.00 | $ 109,000.00 | Refi-Cash Out | Cost: $ 0.00 |

Title will be held in what Name(s): ROCKWAY L. STUDEBAKER AND JALIA L. STUDEBAKER  
Manner in which Title will be held  
Estate will be held in: [X] Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain):

### III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Rockway Studebaker | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | (937)962-4537 | |
| DOB (MM/DD/YYYY) | 03/03/1959 | |
| Yrs. School | | |

[X] Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated  
Dependents (not listed by Co-Borrower): no. 0, ages

Present Address (street, city, state, ZIP): [X] Own  ☐ Rent  No. Yrs. 5  
244 Lewisburg-Western Road  
Lewisburg, OH 45338

Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:

Former Address (street, city, state, ZIP): ☐ Own  ☐ Rent  No. Yrs.  
244 LEWISBURG-WESTERN ROAD  
LEWISBURG, OH 45338

### IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Zumstein Inc  ☐ Self Employed | |
| Yrs. on this job | 20.417 | |
| Yrs. employed in this line of work/profession | | |
| Position/Title/Type of Business | Mechanic | |
| Business Phone (incl. area code) | (937)962-4537 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | | | |
|---|---|---|---|---|---|
| | | Monthly Income $ | | | |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | | |

0094608569  
Freddie Mac Form 65 01/04  
Fannie Mae Form 1003 01/04  
Page 1 of 4

Borrower's cell  Borrower's pager  
Co-Borrower's cell  Co-Borrower's pager

VMP-21N(OH) (0305)  VMP Mortgage Solutions (800)521-7291

00000094608569060599601

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 3,215.59 | $ | $ 3,215.59 | Rent | $ 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 731.00 | $ 806.79 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 33.33 | 48.50 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 50.00 | 92.76 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 3,215.59 | $ | $ 3,215.59 | Total | $ 814.33 | $ 948.05 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | | $ 0.00 |
| B | | 0.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly  [X] Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES — Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| List checking and savings accounts below | | *** SEE ADDENDUM *** | | |
| Name and address of Bank, S&L, or Credit Union  Vested 401k Retirement - Aggregated | | | | |
| Acct. no. | $ 27,713.46 | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union  Checking/Savings - Aggregated | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ 0.00 | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | Acct. no. | | |
| Stocks & Bonds (Company name/number & description) / 0 | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| | | Acct. no. | | |
| Life insurance net cash value  Face amount: $ 0.00 | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Subtotal Liquid Assets | $ 27,713.46 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 145,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 656.00 | |
| Total Assets a. | $ 172,713.46 | Net Worth ▶ $ 140,103.46 | Total Liabilities b. | $ 32,610.00 |

0094608559





Page 2 of 4

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

VMP-21N(OH) (0305)

00000094608559605990202

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 244 Lewisburg-Western Road Lewisburg, OH 45338 | H SFR | $ 145000 | $ 109000 | $ 0 | $ 731 | $ 125 | $ 0 |
| | Totals | $ 145000 | $ 109000 | $ 0 | $ 731 | $ 125 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):
Alternate Name    Creditor Name    Account Number

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 0.00 |
| b. Alterations, improvements, repairs | | 0.00 |
| c. Land (if acquired separately) | | 0.00 |
| d. Refinance (incl. debts to be paid off) | | 0.00 |
| e. Estimated prepaid items | | 2,142.65 |
| f. Estimated closing costs | | 2,558.80 |
| g. PMI, MIP, Funding Fee | | 0.00 |
| h. Discount (if Borrower will pay) | | 3,980.63 |
| i. Total costs (add items a through h) | | 8,682.08 |
| j. Subordinate financing | | 0.00 |
| k. Borrower's closing costs paid by Seller | | 0.00 |
| l. Other Credits (explain) | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 137,500.00 |
| n. PMI, MIP, Funding Fee financed | | 0.00 |
| o. Loan amount (add m & n) | | 137,500.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | -128,817.92 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | X | | | |
| (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered/containing my original written signature.

Equal Credit Opportunity Notice: You are hereby provided the following "Equal Credit Opportunity" notice as required by Section 4112.021 of the Ohio Revised Code. "The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law."

Borrower's Signature: _(signed)_    Date: 10-16-04

Co-Borrower's Signature: X    Date:

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** [ ] I do not wish to furnish this information.
Ethnicity: [ ] Hispanic or Latino   [ ] Not Hispanic or Latino
Race: [ ] American Indian or Alaska Native   [ ] Asian   [ ] Black or African American   [ ] Native Hawaiian or Other Pacific Islander   [X] White
Sex: [ ] Female   [X] Male

**CO-BORROWER** [ ] I do not wish to furnish this information.
Ethnicity: [ ] Hispanic or Latino   [ ] Not Hispanic or Latino
Race: [ ] American Indian or Alaska Native   [ ] Asian   [ ] Black or African American   [ ] Native Hawaiian or Other Pacific Islander   [ ] White
Sex: [ ] Female   [ ] Male

To be Completed by Interviewer
This application was taken by:
[ ] Face-to-face interview
[ ] Mail
[X] Telephone
[ ] Internet

Interviewer's Name (print or type): Chanel Wheeler
Interviewer's Signature: _(signed)_    Date: 9/22/04
Interviewer's Phone Number (incl. area code): (937) 435-7848

Name and Address of Interviewer's Employer:
7887 Washington Village Drive, Suite #14
Dayton, OH 45459