# REAL TECH

## Consulting/Real Estate Appraisal
### 5600 Kentshire Drive, Suite 8
### Kettering, Ohio 45440



EXHIBIT 6

**Michael N. Moorhead**
State Licensed General Appraiser

**Office** 937-439-0295
**FAX** 937-439-6654

## Limited Appraisal for Current Market Value

| Owner of Property | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rockway L. & Jalia L. Studebaker | | | | | | | | | | | |

Address of Property: 244 Western Lewisburg Road, Lewisburg, Preble County, Ohio 45338 — Date Inspected — Case # 07-3161

### Description of Property

| Type of Const: | x | Detached | Floor Finish: | RoofingType: | 5 | Number Rm | 2 | Car Garage | | Storm Sashes |
|---|---|---|---|---|---|---|---|---|---|---|
| Brick/Alum. | | SemiDetach | Carpet/Hard- | Asphalt Shingle | 3 | Bedrooms | | Car Carport | | Storm Doors |
| | | Row | wood | | 1.5 | Baths | | Builtin | | Gutters |
| No Units | 1 | Stories | Wall Finish | HeatingType | 1 | Kitchens | x | Attached | | Refrigerator |
| One | x | Ranch | Drywall/Paint | Gas F/A | 1 | Living Rm | | Detached | | Dishwasher |
| Square Feet | 100 | %Base/Pt F | | | | Dining Rm | | Fireplace | | GarbageDisp |
| 1,247 | | CrawlSpace | Bath Finish | CoolingType | | Family Rm | | EnclPorch | | Microwave |
| Lot Size | | Slab | Marlite Panel- | Central A/C | | Office | x | Patio | | TrashCompact |
| 1.037+- Acres | x | Built-1962 | ing | | | Utility Rm | x | Fenced | | OvenRange |

| Utilities | Pub | Indv | Special Improvements | Type Street Paving |
|---|---|---|---|---|
| Water | | x | Gravel driveway,concrete pad(16 x 24) , brick patio, wood storage shed | Asphalt Paved |
| Gas | x | | and metal storage shed and above ground pool. | |
| Electric | x | | Drawbacks & Comments | GeneralPropertyCondition |
| SanSewer | | x | From a int. & ext. property inspection on 5/22/07,no adverse conditions. | Average |

### Valuation Factors
### Comaparative Sales Data

| Location | Price | Date | Story | SqFt | Rms | Bed | Bath | Const | Age | Garage | Finc | Land |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6798 Lewisburg Ozias Rd., Lewisbu. | $115,000 | 12/20/06 | 1 Sty | 1,222 | 6 | 3 | 2 | Brick/Alum | 1967 | Att 2 Car | Conv. | 0.60+- ACRES |
| 310 Floyd Street, Lewisburg | $110,500 | 7/25/06 | 1 Sty Bsmt | 1,064 | 7 | 3 | 1.5 | Brick/Alum | 1951 | Det 2 Car | Conv. | 0.50+- Acres |
| 115 Mattia Drive, Lewisburg | $104,000 | 5/20/06 | 1 Sty | 1,248 | 7 | 3 | 1 | Frame/Alum. | 1959 | Det 2 Car | Conv. | 0.35+- Acres |
| 305 Floyd Street, Lewisburg | $125,500 | 4/27/06 | 1 Sty Bsmt | 1,605 | 7 | 3 | 1 | Frame/Alum. | 1958 | Att Car | Conv. | 0.25+- Acres |



5.22.2007

This is a limited market value appraisal only for Chapter 13 bankruptcy purpose and is made at the request of the debtor or counsel for the debtor. I have personally inspected this property on:

22-May-07

I have no present or contemplated interest in the property. Compensation for the appraisal is not contingent upon the evaluation. As a result of my analysis and investigation, it is my opinion that the Current Market value as of the above date is

$105,000

Michael N. Moorhead, Appraiser
State of Ohio General Certified  #389833