| BASE | MAP | LAND | SALES | SKETCH | RESID | TAX | IMPRV | COM |

## BASE PARCEL DATA

   

Database last updated 10/25/2007 4:10:29 AM

**\*Current net annual taxes are in progress, please contact Preble County Treasurer @ 937-456-8140 for tax information.**

### Parcel
| | |
|---|---|
| Parcel ID: | I279223300000017000 |
| Property Location: | 244 LEWISBURG-WESTERN RD |
| Class: | R-511 Residential Dwelling Unplatted Land 0 to 9.99 Acres |
| Map. No.: | 23-30 |
| Tax District: | Monroe Township |
| Neighborhood Code: | 02700 |
| Topography: | STANDARD |
| Utilities: | Private Water Private Sewer Standard |
| Net Annual Tax: | * |
| School District: | National Trail SD |
| Neighborhood Type: | STANDARD |
| Street/Road: | PAVED |

### Ownership
Owner(s): STUDEBAKER, ROCKWAY L & JALIA L
Business Name:
Mailing Name: STUDEBAKER ROCKWAY L & JALIA L
Mailing Address: 244 LEWISBURG-WESTERN RD
LEWISBURG OH 45338

### Legal Description
SE CENT PT SW

1.044 Ac.

### Basic Residential
| | | | |
|---|---|---|---|
| Year Built: | 1962 | No. Of Stories: | 1 |
| Grade: | C | Condition: | A |
| Living Area: | 1247 | | |

Note : If multiple residential buildings exist for this parcel, information displayed is for the first building. To view data for other buildings, click on the residential link.

### Current Values

| Year | Reason | Appraised (100%) Land | Impr | Total | Assessed (35%) Land | Impr | Total |
|---|---|---|---|---|---|---|---|
| 2005 | | $14,900 | $83,700 | $98,600 | $5,220 | $29,300 | $34,520 |
| 2004 | | $10,100 | $75,700 | $85,800 | $3,540 | $26,500 | $30,040 |

EXHIBIT 7