Settlement Statement
Optional Form for
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0491

File No.: 200000631524



EXHIBIT 12

| Name & Address of Borrower: CHRISTOPHER MULLINS and LISA A MULLINS AKA LISA MULLINS, 6828 TORRINGTON DR, FRANKLIN, OH 45005 | Name & Address of Lender: Ameriquest Mortgage Company, 7887 Washington Village Dr., Suite 145, DAYTON, OH 45459 |
|---|---|
| Property Location: 6828 TORRINGTON DR, FRANKLIN, OH 45005 | Settlement Agent: Mortgage Information Services, Inc |
| Loan Number: 0102176385 | Place of Settlement: 161 Thurman Ave, Columbus, OH 43206 |
| | Settlement Date: 12/16/2004 |
| | Fund Date: 12/23/2004 |

### L. Settlement Charges

| 800. Items Payable in Connection with Loan | | |
|---|---|---|
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount 3.5 % to Ameriquest Mortgage Company | | $5,285.00 |
| 803. Appraisal Fee to Ameriquest Mortgage Company POC (L) $400.00 | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Insurance Application to | | |
| 807. Assumption Fee to | | |
| 808. Tax Related Service Fee to Ameriquest Mortgage Company | | $70.00 |
| 809. Flood Search Fee to Ameriquest Mortgage Company | | $9.00 |
| 810. Lenders Processing Fee to Ameriquest Mortgage Company | | $626.00 |
| 811. Admin to Ameriquest Mortgage Company | | $239.00 |
| 812. Application Fee to Ameriquest Mortgage Company | | $360.00 |
| 813. to | | |
| 814. to | | |
| 817. to | | |
| 900. Items Required by Lender to be Paid in Advance | | |
| 901. Interest from 12/23/2004 to 2/1/2005 @ $31.65 /day | | $284.85 |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for months to | | |
| 904. to | | |
| 1000. Reserves Deposited with Lender | | |
| 1001. Hazard insurance 8 months @ $49.92 per month | | $399.36 |
| 1002. Mortgage insurance month @ per month | | |
| 1003. City property taxes months @ per month | | |
| 1004. County property taxes 7 months @ $115.47 per month | | $808.29 |
| 1005. Assessment Taxes months @ per month | | |
| 1006. School property taxes months @ per month | | |
| 1007. Other taxes months @ per month | | |
| 1008. Other taxes months @ per month | | |
| 1009. months @ per month | | |
| 1010. months @ per month | | |
| 1011. Aggregate Adjustment to Ameriquest Mortgage Company | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to Mortgage Information Services, Inc. POC (L) $325.00 | | |
| 1102. Abstract or title search to Mortgage Information Services, Inc. POC (L) $225.00 | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to Mortgage Information Services, Inc. POC (L) $50.00 | | |
| 1105. Document preparation to Mortgage Information Services, Inc. | | |
| 1106. Notary fees to Amanda Miller POC (L) $250.00 | | |
| 1107. Attorney's fees to (includes above item numbers ) | | |
| 1108. Title insurance to Mortgage Information Services, Inc. POC (L) $592.00 (includes above item numbers ) | | |
| 1109. Lender's Coverage $151,000.00/$0.00 | | |
| 1110. Owner's Coverage $0.00/$0.00 | | |
| 1111. Escrow fee to | | |
| 1112. COMP, EPA, ARM Endorsements to Mortgage Information Services, Inc. POC (L) $300.00 | | |
| 1113. Courier Fee to Mortgage Information Services, Inc. POC (L) $60.00 | | |
| 1114. to | | |
| 1115. to | | |
| 1116. to | | |
| 1117. to | | |
| 1118. to | | |
| 1119. to | | |
| 1120. to | | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording Fees: Deed ; Mortg ; Rel | | |
| 1202. City/county tax/stamps: Deed ; Mortg | | |
| 1203. State tax/stamps: Deed ; Mortg | | |
| 1204. Tax certificates to | | |
| 1205. RECORDING FEE to Mortgage Information Services, Inc. POC (L) $172.00 | | |
| 1206. to | | |
| 1207. to | | |
| 1300. Additional Settlement Charges | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. to | | |
| 1304. to | | |
| 1305. to | | |
| 1306. to | | |
| 1307. to | | |
| 1308. to | | |
| 1400. Total Settlement Charges (enter on Line 1602) | | $8,081.50 |

### M. Disbursements to Others

| 1501. Payoff 1st Mortgage to Saxon Mortgage Services, Inc. | $109,492.79 |
|---|---|
| 1502. Payoff 2nd Mortgage to Saxon Mortgage Services, Inc. | $27,506.35 |
| 1503. to | |
| 1504. to | |
| 1505. to | |
| 1506. to | |
| 1507. to | |
| 1508. to | |
| 1509. to | |
| 1510. to | |
| 1511. to | |
| 1512. to | |
| 1513. to | |
| 1514. to | |
| 1515. to | |
| 1516. to | |
| 1517. to | |
| 1518. to | |
| 1519. to | |
| 1520. TOTAL DISBURSED (enter on line 1603) | $136,999.14 |

### N. NET SETTLEMENT

| 1600. Loan Amount | $151,000.00 |
|---|---|
| 1601. Plus Cash/Check from Borrower | $0.00 |
| 1602. Minus Total Settlement Charges (Line 1400) | $8,081.50 |
| 1603. Minus Total Disbursements to Others (Line 1520) | $136,999.14 |
| 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $5,919.36 |

Borrower's Signatures

X CHRISTOPHER MULLINS

LISA A MULLINS AKA LISA MULLINS

Settlement Agent    12/16/04
Date