## Warren County Ohio Property Search

EXHIBIT 14

### Nick Nelson, Auditor ~ Beth Deckard, Recorder ~ Jim Aumann, Treasurer
Administration Building, 406 Justice Dr., Lebanon, Oh, 513-695-1235

Pay taxes online

# Property Summary

✉ Email This Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Parcel ID | 02071180050 | Current Owner | MULLINS CHRISTOPHER & LI | Property Value As Of | 01-01-2006 | |
| Account Number | 1617885 | Property Address | 6828 TORRINGTON DR FRANKLIN 45005 | Ownership As Of<br>Tax Data As Of | 06-21-2007<br>06-21-2007 | |
| Legal Description | HEATHER GLEN ESTATES LOT: 25 0.2846 acres | State Use Code | 0510 - SINGLE FAMILY DWG (PLATTED) | Census Tract | 301.01 | |
| Tax District | 16 - FRANKLIN TWP-CARLISLE LSD | School District | CARLISLE L.S.D. | Ohio Public School District Number | 8301 | |

Photographs of this property are available in the Auditor's office



Click on sketch to view details



Click on map to use map tools

| | | | | |
|---|---|---|---|---|
| Last Sale Amount | 135000 | | Year Built | 1995 |
| Last Sale Date | 06-17-2004 | | Bedrooms | 3 |
| Book/Page | 3570/404 | | Exterior | COMBINATION |
| 2 1/2 Homestead | Y | | Living Area* | 1,576 sq. ft. |
| Elderly or Disabled Homestead | N | | *includes finished attics and basements | |
| Land Use | 0510 - SINGLE FAMILY DWG (PLATTED) | | | |

| Tax Year 2006 Payable in 2007 | 1st Half | 2nd Half | Full Year | Valuation | True Value | Assessed Value |
|---|---|---|---|---|---|---|
| Tax/Penalty | $712.20 | $712.20 | $1,424.40 | Land | $25,000 | $8,750 |
| Net Recoupment | $0.00 | $0.00 | $0.00 | Building | $113,860 | $39,850 |
| Special Assessments | $18.00 | $18.00 | $36.00 | Total | $138,860 | $48,600 |
| Delinquent Tax | | | $0.00 | | | |
| Delinquent Special Assessment | | | $0.00 | CAUV | $0 | |
| Adjustments | $0.00 | $0.00 | $0.00 | | | |

Case 1:08-cv-00743    Document 14-16    Filed 02/05/2008    Page 2 of 2

| | | | |
|---|---:|---:|---:|
| Total Due | $730.20 | $730.20 | $1,460.40 |
| Amount Paid | $730.20 | $0.00 | $730.20 |
| Balance Due | $0.00 | $730.20 | $730.20 |