**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROCKWAY & JALIA STUDEBAKER** and **CRISTOPHER & LISA MULLINS** | N.D. Ill. 1:08 c 743<br>MDL No. 1715<br>CENTRALIZED BEFORE JUDGE MARVIN E. ASPEN |
| Plaintiffs,<br>vs. | NOTICE OF OPTING OUT OF CLASS ACTIONS – Studebaker v ACC 3:07 cv 421 S.D. Ohio |
| **ACC CAPITAL HOLDINGS CORPORATION AND AFFILIATE AMERIQUEST MORTGAGE COMPANY, et al.,** | |
| Defendants | |

NOW COMES THE UNDERSIGNED attorney on behalf of the Plaintiffs, Rockway and Jalia Studebaker and Christopher and Lisa Mullins and hereby states that the Plaintiffs opt-out of participation in any pending class action lawsuit in this multidistrict litigation that may relate to them.

                                                                           Respectfully Yours,

                                                          /s/ Charles J. Roedersheimer
                                                        Charles J. Roedersheimer #0020273
                                                        Attorney at Law
                                                        Thompson and DeVeny
                                                         1340 Woodman Drive
                                                         Dayton, OH 45432
                                                         937-252-2030
                                                         937-252-9425 Fax
                                                         charles@thompsonanddeveny.com

**CERTIFICATION OF SERVICE**

This is to certify that on this 15 day of February 2008, a true and correct copy of the foregoing document was filed. Notice of this filing will be sent by e-mail to counsel of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Specifically, the below listed parties have been served electronically:

Thomas S. Mazanec/Jeffrey S. Maynard, Mazanec, Raskin, Ryder & Keller Co. LPA, 250 Civic Center Drive, Suite 400, Columbus, Ohio 43215,  Attorney for Defendants Ferdie Murphy & Castlebrook Realty Inc/aka Castlebrook Appraisals

Jeffrey M. Hendricks Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center Cincinnati, OH 45201 Attorney for Defendant Ameriquest Mortgage

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, P. O. Box 3577, Ventura, California 93006-3577, Attorney for Defendant Amerquest Mortgage/AMC

Bernerard E. LeSage, Buchalter, Nemer, Fields & Younger, 1000 Wilshire Boulevard, 15th Floor, Los Angeles, California 90017, Attorney for Defendant Ameriquest Mortgage/AMC.


By U.S. Mail, Postage Prepaid:

Christopher and Lisa Mullins, 6828 Torrington Drive, Franklin, OH 45005

Rockway and Jalia Studebaker, 244 Lewisburg Western Road, Lewisburg, OH 45338


      /s/ Charles J. Roedersheimer
      Charles J. Roedersheimer #0020273

###