IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STUDEBAKER, et al.** | **N.D. Ill. 08 cv 00743** |
| **Plaintiffs** | **MDL No. 1715** |
| **v.** | **CENTRALIZED BEFORE JUDGE MARVIN E. ASPEN** |
| **ACC Capital Holdings Corp., et al.** | **ENTRY GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT INSTANTER.** |
| **Defendants** | |

    This matter is before the Court upon Plaintiffs Rockway and Jalia Studebaker's motion filed the 22nd day of May 2008 (Document # 18) for leave to file an amended complaint instanter. Upon consideration of Plaintiffs' motion and there being no objections, the Court is of the opinion that justice requires that leave to amend be granted.

The Court GRANTS Plaintiffs' motion for leave to file an amended complaint. The Court HOLDS that such amended complaint shall be deemed filed instanter.

**IT IS SO ORDERED**

Dated: _____, 2008          _____
                                    THE HONORABLE MARVIN E. ASPEN
                                    UNITED STATES DISTRICT COURT JUDGE

Copies:  Electronically provided to:

Lawrence Barbiere, Schroeder, Maundrell, Barbiere & Powers 11935 Mason Road Suite 110 Cincinnati, OH 45249, Attorney for Defendants Ferdie Murphy & Castlebrook Realty Inc/aka Castlebrook Appraisals

Jeffrey M. Hendricks Graydon, Head & Ritchey, 511 Walnut Street, 1900 Fifth Third Center Cincinnati, OH 45201 Attorney for Defendant Ameriquest Mortgage

Robert A. Bartosh, Hathaway Perrett Webster Powers & Chrisman, 5450 Telegraph Road, Suite 200, P. O. Box 3577, Ventura, California 93006-3577, Attorney for Defendant Ameriquest Mortgage/AMC

Bernerard E. LeSage, Buchalter, Nemer, Fields & Younger, 1000 Wilshire Boulevard, 15th Floor, Los Angeles, California 90017, Attorney for Defendant Ameriquest Mortgage/AMC.

George J. Annos Carlisle McNellie Rini Kramer & Ulrich, 24755 Chagrain Boulevard, Suite 200, Cleveland, Ohio 44122, Attorney for Defendant Deutsche Bank National Trust Company

Charles J. Roedersheimer, Thompson & DeVeny Co. LPA, 1340 Woodman Drive, Dayton, OH 45432, Attorney for Plaintiffs Rockway and Jalia Studebaker

By Regular U.S. Mail, Postage Prepaid to:

Rockway & Jalia Studebaker , 244 Lewisburg-Western Road, Lewisburg, Ohio 45338

###