UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCKWAY & JALIA STUDEBAKER, et al., | CASE NO.: 1:08CV00743 |
| Plaintiffs, | JUDGE MARVIN E. ASPEN |
| vs. | **MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO MOVE OR PLEAD TO AMENDED COMPLAINT** |
| ACC CAPITAL HOLDINGS CORPORATION AND AFFILIATE AMERIQUEST MORTGAGE COMPANY, et al., | |
| Defendants. | |

Now come Defendants, Ferdie Murphy, Jr. and Castlebrook Realty Inc., by and through counsel, and hereby move this Honorable Court pursuant to Fed. R.Civ. P. 6(b) for an enlargement of time of seven (7) days from July 7, 2007, within which to move, plead, or otherwise respond to Plaintiffs' Amended Complaint. Defendants have previously been granted no enlargements of time for a total of – 0 – days and certify that this motion is not interposed for purposes of harassment or delay.

In view of the foregoing, Defendants, Ferdie Murphy, Jr. and Castlebrook Realty Inc., respectfully requests that this Honorable Court grant them an extension of time of seven (7) days through and including July 14, 2008, within which to move or plead to Plaintiffs' Amended Complaint. Counsel for Plaintiffs, was contacted on July 3, 2008, and has no objections to said extension.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.


*s/Thomas S. Mazanec*
THOMAS S. MAZANEC (0009050)
JEFFREY S. MAYNARD (0073629)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   tmazanec@mrrklaw.com
           jmaynard@mrrkla.com

Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

and

*s/Geoffrey A. Belzer*
GEOFFREY A. BELZER (ARDB 6292223)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, IL 60602-2412
(312) 704-0550
(312) 704-1522 – Fax
Email:   Geoffrey.belzer@wilsonelser.com

Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 07, 2008, a copy of the foregoing Motion for Enlargement of Time Within Which to Move or Plead to Amended Complaint was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Geoffrey A. Belzer*
GEOFFREY A. BELZER
Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

USLIG-070415/Leave to Plead to Amended Complaint