UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCKWAY & JALIA STUDEBAKER, et al., | CASE NO.: 1:08CV00743 |
| Plaintiffs, | JUDGE MARVIN E. ASPEN |
| vs. | **ANSWER OF DEFENDANT FERDIE MURPHY AND CASTLEBROOK REALTY, INC. AKA CASTLEBROOK APPRAISALS TO PLAINTIFFS' AMENDED COMPLAINT** |
| ACC CAPITAL HOLDINGS CORPORATION AND AFFILIATE AMERIQUEST MORTGAGE COMPANY, et al., | |
| Defendants. | **(Jury Demand Endorsed Hereon)** |

Now come Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc. aka Castlebrook Appraisals, by and through counsel Mazanec, Raskin, Ryder & Keller Co., L.P.A., and for their answer to the Plaintiffs' Amended Complaint state as follows:

1. Inasmuch as the First Amended Complaint states no new allegations against Ferdie Murphy, Castlebrook Realty, Inc. aka Castlebrook Appraisals asserts no additional claims and corrects names of other Defendants in this case, Defendants Ferdie Murhpy and Castlebrook Realty Inc. aka Castlebrook Appraisals respectfully request that their original Answer to Plaintiffs' original Complaint be incorporated by reference herein as well as all affirmative defenses.

**WHEREFORE**, having fully answered, Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc. aka Castlebrook Appraisals pray that Plaintiffs' Amended Complaint be dismissed, and that their go hence without cost or delay.

Respectfully submitted,

MAZANEC, RASKIN, RYDER & KELLER CO., L.P.A.

*s/Thomas S. Mazanec*
THOMAS S. MAZANEC (0009050)
JEFFREY S. MAYNARD (0073629)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   tmazanec@mrrklaw.com
            jmaynard@mrrklaw.com

Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

and


GEOFFREY A. BELZER (ARDB 6292223)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street, 26th Floor
Chicago, IL  60602-2412
(312) 704-0550
(312) 704-1522 – Fax
Email:   Geoffrey.belzer@wilsonelser.com

Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

## JURY DEMAND

A trial by jury composed of the maximum number of jurors permitted under the law is hereby demanded.

                *s/Thomas S. Mazanec*
                THOMAS S. MAZANEC  (0009050)
                JEFFREY S. MAYNARD (0073629)

                Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, a copy of the foregoing Answer of Defendant Ferdie Murphy and Castlebrook Realty, Inc. aka Castlebrook Appraisals to Plaintiffs' Amended Complaint was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                *s/Thomas S. Mazanec*
                THOMAS S. MAZANEC  (0009050)
                JEFFREY S. MAYNARD (0073629)

                Counsel for Defendants Ferdie Murphy, Jr. and Castlebrook Realty Inc.

USLIG-070415/Answer