# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Rockway Studebaker, et al.

                                                                                                                                        Plaintiff,

v.                                                                                                                                               Case No.: 1:08−cv−00743

                                                                                                                                              Honorable Marvin E. Aspen

ACC Capital Holdings Corporation and Affiliate Ameriquest Mortgage Company, et al.

                                                                                                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08:Defendant, Ferdie Murphy, Jr. and Castlebrook Realty, Inc.'s Motion for extension of time [20], through and including 7/14/08, within which to move or plead to plaintiffs' amended complaint is granted; Motion terminated. Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.